**SO ORDERED.**

**SIGNED this 23rd day of June, 2014.**



_____
BENJAMIN A. KAHN
UNITED STATES BANKRUPTCY JUDGE

---

C-13-16(FTP)
(Rev. 5/04)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

IN THE MATTER OF:                           )
Kevin Raymond King                          )   No. B-09-81514 C-13D
Betty Jane King                             )
                                            )   **ORDER**
   Debtor(s)                                )

     On June 19, 2014, a hearing was held on the Standing Trustee's motion for dismissal of this case because of the Debtors' failure to make payments. At the hearing, the Standing Trustee stated that the Debtors have made arrangements for the continuation of payments under the Plan, with a full monthly payment to be received at the Chapter 13 Office no later than the last day of each month beginning July 31, 2014; therefore, it is

     ORDERED that the Standing Trustee's motion for dismissal is hereby denied without prejudice; and, it is further

     ORDERED that the Debtors shall make all payments due under this Plan so that it is received at the Chapter 13 Office no later than the last day of each month beginning July 31, 2014, and continuing monthly thereafter until Plan payments have been completed; and, it is further

     ORDERED that in the event the Debtors shall fail to make any payments required under this Order for the next succeeding 12 months from the entry of this Order, the Standing Trustee shall notify this Court and an automatic dismissal shall be entered without further hearing.

**END OF DOCUMENT**

PARTIES TO BE SERVED
PAGE 1 OF 1
B-09-81514 C-13D

Kevin Raymond King
3490 Mulberry Hill Road
Randolph, VA 23962

Betty Jane King
Post Office Box 102
Semora, NC 27343-0102

Neil M. O'Toole, Esq.
Post Office Box 1109
Durham, NC 27702

Richard M. Hutson, II, Esq.
Standing Trustee
Post Office Box 3613
Durham, NC 27702