# United States Bankruptcy Court
## NC Exemptions

In re **Kevin Raymond King**
**Betty Jane King**
Debtor(s)

Case No. **09-81514**
Chapter **13**

## DEBTOR'S MOTION FOR ENTRY OF DISCHARGE, CERTIFICATION REGARDING PLAN COMPLETION, and STATEMENT REGARDING BANKRUPTCY RULE 1007(b)(8)

The Debtor makes the following statements and certifications:

1. I have completed making all payments under the Plan.

2. I have completed an instructional course concerning personal financial management and a certificate regarding my attendance has been filed with the Court.

3. I have not received a Chapter 7, 11, or 12 discharge in a prior case filed within four years preceding the filing of the current Chapter 13 case.

4. ☒ I am not required to pay any Domestic Support Obligations required by judicial or administrative order, or by statute.

   ☐ I am required to pay Domestic Support Obligations required by judicial or administrative order, or by statute, and all amounts payable under such obligations are paid as of this date, including amounts that were due before the petition was filed, to the extent provided for by the plan, and I have filed the Debtor's Disclosure of Information Regarding Domestic Support Obligations with the Chapter 13 Trustee's Office.

5A. ☒ I did not elect to use my State exemptions to exempt any amount of an interest in real property with a value exceeding $136,875 or $146,450 if case filed on or after April 1, 2010.

### IF YOU CHECKED BOX 5A, OMIT 5B

5B. ☐ I elected to use my State exemptions to exempt any amount of an interest in real property with a value exceeding $136,875 or $146,450 if case filed on or after April 1, 2010. (Please check the appropriate boxes for statements (i) - (ix)).

   (i) ☐ I have not been convicted of a felony nor is there pending any proceeding in which I may be found guilty of a felony as defined in 18 U.S.C. § 3156.

   (ii) ☐ I do not owe a debt arising from violation of the Federal securities law, any State securities laws, or any regulation or order issued under Federal securities laws or State securities law.

   (iii) ☐ There is no pending proceeding in which I may be found liable for a debt arising from violation of the Federal securities law, any State securities laws, or any regulation or order issued under Federal securities laws or State securities law.

   (iv) ☐ I do not owe a debt arising from fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security registered under section 12 or 15(d) of the Securities Exchange Act of 1934 or under section 6 of the Securities Act of 1933.

   (v) ☐ There is no pending proceeding in which I may be found liable for a debt arising from fraud, deceit, or manipulation in a fiduciary capacity or in connection with the purchase or sale of any security registered under section 12 or 15(d) of the Securities Exchange Act of 1934 or under section 6 of the Securities Act of 1933.

(vi) ☐ I do not owe a debt arising from any civil remedy under 18 U.S.C. § 1964.

(vii) ☐ There is no pending proceeding in which I may be found liable for a debt arising from any civil remedy under 18 U.S.C. § 1964.

(viii) ☐ I do not owe a debt arising from any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

(ix) ☐ There is no pending proceeding in which I may be found liable to owe a debt arising from any criminal act, intentional tort, or willful or reckless misconduct that caused serious physical injury or death to another individual in the preceding 5 years.

I declare under penalty of perjury that the information provided in this certification and motion is true and correct and move the Court to enter a discharge in this case.

Dated: **December 3, 2014**

Debtor

Dated: **December 3, 2014**     **/s/ Betty Jane King**
**Betty Jane King**
Joint Debtor

Dated: **December 3, 2014**     **/s/ Neil O'Toole**
**Neil O'Toole**
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Motion for Entry of Discharge, Certification Regarding Plan Completion, and Statement Regarding Rule 1007(b)(8) has been served on the Chapter 13 Trustee, all creditors, and parties in interest in this case.

December 3, 2014  /s/Cynthia L. Wilson