Form 263

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina
101 S. Edgeworth Street
Greensboro, NC 27401

Bankruptcy Case No.: 09−81514

IN THE MATTER OF:
Kevin Raymond King    xxx−xx−6638
3490 Mulberry Hill Road
Randolph, VA 23962

Betty Jane King    xxx−xx−0728
P O Box 102
Semora, NC 27343−0102

Debtor(s)

## SHOW CAUSE ORDER AND NOTICE OF HEARING

It appearing to the court that the Chapter 13 Trustee filed a Notice of Completion of Plan in the above−named case; that the Court has notified the debtors of the requirement for filing a Motion for Entry of Discharge and Certification of Plan Completion; and that the time period for the filing of the said Motion has expired. The case records reflect that a Motion was filed only by the joint debtor and that no Motion has been filed by **Kevin Raymond King, the debtor;**

It further appearing that a hearing should be held to determine if this case should be closed without the entry of a discharge for **Kevin Raymond King, the debtor;** wherefore, it is

ORDERED that the **debtor, Kevin Raymond King** and the attorney of record for this case appear on **Thursday, February 19, 2015 at 11:00 AM** in the following location:

**Courtroom − Venable Center**
**Dibrell Building − Suite 280**
**302 East Pettigrew Street**
**Durham NC 27701**

and show cause why this case should not be closed without the entry of an Order of Discharge for **Kevin Raymond King** as a result of the failure to file the required Motion for Entry of Discharge and Certification of Plan Completion.

**Date: 1/16/15**

Benjamin A. Kahn
United States Bankruptcy Judge